UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:24-cv-61392-RS

HOWARD COHAN,

Plaintiff,

vs.

COVE BREWERY, LLC,
a Florida Limited Liability Company,
d/b/a COVE BREWERY,

Defendant(s).
_____________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, COVE BREWERY, LLC, a Florida Limited Liability Company, d/b/a COVE BREWERY, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against COVE BREWERY, LLC, a Florida Limited Liability Company, d/b/a COVE BREWERY; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED October 23, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Ginger Barry Boyd**
GINGER BARRY BOYD, PARTNER
ginger.boyd@nelsonmullins.com
215 SOUTH MONROE STREET |
SUITE 400
TALLAHASSEE, FL 32301
T 850.907.2556 F 850.681.9792
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**